**INTERNATIONAL & G. N. RY. CO. v. LYON.**
(No. 763.)

(Court of Civil Appeals of Texas. El Paso. Dec. 13, 1917. Rehearing Denied Nov. 9, 1922.)

Appeal from Leon County Court; O. D. Craig, Judge.

On Rehearing. Motion for rehearing overruled.

See, also, 200 S. W. 228, 243 S. W. 973.

L. T. Dashiell, of Centerville, N. M., B. D. Dashiell, of Jacksonville, Wilson, Dabney & King, of Houston, and S. N. Russell, of El Paso, for appellant.

Wm. Watson, of Centerville, for appellee.

HIGGINS, J. At a former term this appeal was dismissed for want of jurisdiction. 200 S. W. 228. Upon rehearing this court certified to the Supreme Court the question:

"Did we err in holding that this court has no jurisdiction of the appeal and in dismissing the same?"

The question has been answered in the negative.

The motion for rehearing is therefore overruled.